UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GREGORY WHITE,

                Plaintiff,

-against-

NYS DIV OF PAROLE, EXEC DEPT.,
THE STATE OF NEW YORK; THE
CITY OF NEW YORK; EARL COVINGTON;
HON. JON WALSH; CHARLES HYNES D.A.;
DARIEN R. QUASH; NYC POLICE
DEPARTMENT,

                Defendants.
--------------------------------------------------------X

**CIVIL JUDGMENT**

07-CV-1426 (NGG)

Pursuant to the court's Order issued August 6, 2007, dismissing the civil action,

**ORDERED, ADJUDGED AND DECREED**: That the civil action is hereby dismissed pursuant to 28 U.S.C. § 1915A. The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.

                /signed/

                NICHOLAS G. GARAUFIS
                United States District Judge

Dated: Brooklyn, New York
       August 6, 2007